ORIGINAL

ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: rfeldman@wsgr.com; jochs@wsgr.com; mrees@wsgr.com

Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY LLC

RECEIVED Nov 13 '06

E-FILING FILED NOV 16 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Townshend Intellectual Property LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Analog Devices, Inc., a Massachusetts corporation,<br><br>Defendant. | CASE NO.: C06 07038 SI<br><br>[PROPOSED] ORDER RE: PLAINTIFF TOWNSHEND'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the following document lodged with the Court by Plaintiff Townshend Intellectual Property LLC shall be filed under seal: **Exhibit A to the Complaint**.

Dated: 11/15/06

By: _____
United States District Judge

[PROPOSED] ORDER RE: TOWNSHEND'S MOTION FOR ADMIN. RELIEF TO FILE DOCUMENTS UNDER SEAL                -1-                2991574_1.DOC