# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ANALOG DEVICES, INC.,<br><br>        Defendant.<br>_____ / | No. C 06-07038 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 7, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 19, 2007.

DESIGNATION OF EXPERTS: 11/9/07; REBUTTAL: 11/30/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 14, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by January 18, 2008;

    Opp. Due February 1, 2008; Reply Due February 8, 2008;

    and set for hearing no later than February 22, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 8, 2008 at 3:30 PM.

JURY TRIAL DATE: April 21, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall notify the Court by May 18, 2007 of the private mediator selected and the date the mediation is scheduled to occur. The mediation session shall occur by August 3, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/7/07

                                                    SUSAN ILLSTON
                                                    United States District Judge