ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: rfeldman@wsgr.com; jochs@wsgr.com; mrees@wsgr.com

Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Townshend Intellectual Property LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>Analog Devices, Inc., a Massachusetts corporation,<br><br>  Defendant. | CASE NO.: 06-7038-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN TOWNSHEND INTELLECTUAL PROPERTY L.L.C., AND ANALOG DEVICES, INC.** |

1    IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual
2 Property, L.L.C., and Analog Devices, Inc., through their respective counsel, as follows:
3    1.    Pursuant to Fed. R. Civ. P. 41(a), the action entitled *Townshend Intellectual*
4 *Property, LLC, v. Analog Devices, Inc.*, is hereby DISMISSED with prejudice.
5    2.    Each party shall bear its own attorneys' fees and costs.

DATED: August 22, 2007            WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By_____/s/_____.
                                          Maura L. Rees

                                  Attorneys for Plaintiff
                                  TOWNSHEND INTELLECTUAL PROPERTY,
                                  L.L.C.


DATED: August 22, 2007            WILMER CUTLER PICKERING HALE AND
                                  DORR LLP


                                  By_____/s/_____.
                                          Elizabeth I. Rogers

                                  Attorneys for Defendant
                                  ANALOG DEVICES, INC.

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.


Dated: _____      _____
                                      Hon. Susan Illston
                                      United States District Court Judge

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: August 22, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By  /s/                                              .
      Maura L. Rees

Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.